JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOK LIKE A CHEF INC., | Case No. CV09-05322 RGK (PLAx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| ECHO BRIDGE ENTERTAINMENT, LLC, DOES 1-10, | |
| Defendants. | |

Case No. CV09-05322 RGK (PLAx)

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed in its entirety and as against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs of suit.

Dated: November 13, 2009

_____
U.S. District Judge

4760770v.1

Case No. CV09-05322 RGK (PLAx)